```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:07-mj-24-SRW |
| | ) | |
| BLANCH EDWARD BODIFORD, JR. | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

This case is eligible for a detention order because this case involves:

__X__   Crime of violence (18 U.S.C. 3156)

_____   Maximum sentence of life imprisonment or death

_____   10 + year drug offense

_____   Felony, with two prior convictions in the above categories

__X__   Serious risk the defendant will flee

_____   Serious risk of obstruction of justice

2. Reason For Detention

The Court should detain defendant because there are no conditions of release which will reasonably assure:

__X__   Defendant's appearance as required

__X__   Safety of any other person and the community

3.   Rebuttable Presumption

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

__X__   Probable cause to believe defendant committed 10 + year drug offense or a crime of violence or an offense in which a firearm was used or carried under Section 924(c)

_____   Previous conviction for "eligible" offense committed while on pretrial bond

_____   A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.   Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

_____   At the initial appearance

__X__   After continuance of 3 days

Respectfully submitted this the 27TH day of February, 2007.

LEURA G. CANARY
United States Attorney

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
334.223.7280
334.223.7135 fax