COURTROOM DEPUTY'S MINUTES              MIDDLE DISTRICT OF ALABAMA

---

√ INITIAL APPEARANCE                    DATE: February 27, 2007
❒ BOND HEARING
❒ DETENTION HEARING                     Digital Recording 4:00 - 4:11
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
❒ ARRAIGNMENT

---

PRESIDING MAG. JUDGE: Susan Russ Walker    DEPUTY CLERK: Joyce Taylor
CASE NO. 2:07mj24-SRW                      DEFENDANT NAME: Blanch Edward Bodiford, Jr.
AUSA: Clark Morris                         DEFT. ATTY: Leslie Smith
                                           Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
USPO/USPTS: Terrence Marshall
Interpreter needed: ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest February 27, 2007 or √ Arrest Rule 5 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| √ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| √ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ❒ preliminary hearing; √ Waiver Rule 5 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT - Plea of NOT GUILTY entered. DISCOVERY DISCLOSURE DATE: |
| ❒ | CRIMINAL TERM: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |