AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>BLANCH EDWARD BODIFORD, JR | | COMMITMENT TO ANOTHER DISTRICT |

RECEIVED 2007 MAR 21 A 10: 00 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 07-00033-KD | 2:07mj24-SRW | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
　X Indictment　☐ Information　☐ Complaint　☐ Other (specify)

charging a violation of　18　U.S.C. §　18:2252A(a)(2)&(b)(1); 2252A(a)(5)(B); 2253

**DISTRICT OF OFFENSE**
SOUTHERN DISTRICT OF ALABAMA

**DESCRIPTION OF CHARGES:**

RECEIPT OF CHILD PORNOGRAPHY
POSSESSION OF CHILD PORNOGRAPHY
FORFEITURE ALLEGATION

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?　X No　☐ Yes　Language: _____

**DISTRICT OF MIDDLE/ALABAMA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

March 6, 2007　　　　　　/s/ Susan Russ Walker
Date　　　　　　　　　　　Judge

**RETURNED AND FILED  MAR 21 2007**

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 3/13/07 | South Alabama | 3/13/07 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 3/13/07 | Wm. Taylor | Sean Carrtey |

CLERK U S DISTRICT COURT MIDDLE DIST. OF ALA.